**United States Attorney's Office**
**Western District of Oklahoma**
*MEMORANDUM*



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | February 6, 2023 |

| To: | From: |
|---|---|
| CARMELITA REEDER SHINN<br>Court Clerk | THOMAS B. SNYDER<br>Assistant United States Attorney |

The following cases are related and should be assigned to the same judge:

(1)   Pending Indictment returned September 16, 2020:

No. CR-20-240-F, U.S. v. Bobby Chris Mayes, et al.,

and

(2)   Pending Indictment returned February 8, 2023:

No. CR-23-053-SLP, U.S. v. Bobby Chris Mayes, et al. These

cases are related cases pursuant to LCrR7.1 because:

☐ They arise out of the same transaction or series of transactions;

☒ They involve the same defendant(s);

☐ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

DETAILS:   Lead Defendant in Case No. CR-20-240-F, Bobby Chris Mayes, is also the lead defendant in Case No. CR-23-053-SLP and therefore the cases are related pursuant to Local Criminal Rule 7.1(a)(2).